Dorothy CALABRESE, M.D., Plaintiff–Appellant,

and

Beverly Meyer, Plaintiff,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,* Defendant–Appellee.

No. 09–56553.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.**

Filed July 27, 2011.

Dorothy Calabrese, M.D., San Clemente, CA, pro se.

Russell William Chittenden, Esquire, Assistant U.S. Attorney, USLA–Office of the U.S. Attorney, Los Angeles, CA, for Defendant–Appellee.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM ***

Dorothy Calabrese, M.D., appeals pro se from the district court's order dismissing

---

* Kathleen Sebelius is substituted for her predecessor, Charles E. Johnson, as Secretary of the Department of Health and Human Services under Fed. R.App. P. 43(c)(2).

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Calabrese's request for oral argument is denied.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

her action alleging equal protection violations based on defendant's denial of Medicare reimbursements for food allergy testing and antigen immunotherapy. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Uhm v. Humana, Inc.*, 620 F.3d 1134, 1139–40 (9th Cir.2010). We may affirm on any ground supported by the record, *Johnson v. Riverside Healthcare Sys., LP,* 534 F.3d 1116, 1121 (9th Cir.2008), and we affirm.

The district court properly dismissed the action because, to the extent that Calabrese exhausted her administrative remedies, she failed to state an equal protection claim. *See Engquist v. Or. Dep't of Agric.,* 553 U.S. 591, 601–03, 128 S.Ct. 2146, 170 L.Ed.2d 975 (2008) (addressing "class of one" equal protection claim); *Weinberger v. Salfi,* 422 U.S. 749, 769–70, 95 S.Ct. 2457, 45 L.Ed.2d 522 (1975) (addressing class-based equal protection claim).

Calabrese's remaining contentions are unpersuasive.

**AFFIRMED.**